UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHERIE R. DILLON,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:20-cv-00513-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Cherie R. Dillon's "Petition for Writ of Habeas Corpus" (Dkt. 1). Dillon challenges the Bureau of Prisons' failure to calculate her good-time credit under the First Step Act. For the reasons explained below, the Court will dismiss this petition for lack of jurisdiction.

## ANALYSIS

In challenging the Bureau of Prisons' execution of her sentence, Ms. Dillon's relies on 28 U.S.C. § 2241. A petition under this section must be filed in the judicial district with jurisdiction over the inmate's current custodian. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *see also* 28 U.S.C. §§ 2242, 2243. Because Ms. Dillon is incarcerated at FCI Aliceville, in Alabama, this Court

lacks jurisdiction over her § 2241 petition and therefore must dismiss it. Ms. Dillon may refile her petition in the appropriate district court.

## ORDER

**IT IS ORDERED that** Plaintiff's Petition for Writ of Habeas Corpus is **DISMISSED.**

DATED: December 31, 2020

_____
B. Lynn Winmill
U.S. District Court Judge